UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re: Todd Michael Baltzell * HON. RICHARD L. SPEER
      Karla Jean Baltzell
                                           * Chapter 13

                                           *

                                           *

Debtors * Case No. 11-33333 S

## STIPULATED ORDER AMENDING CHAPTER 13 PLAN

     Now comes Elizabeth A. Vaughan, Staff Attorney for John P. Gustafson, Standing Chapter 13 Trustee and Counsel for Debtors herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on 6/16/11

☑ The Chapter 13 Plan payment originally proposed in the amount of $\_\_\_\_\_1000.00_____ per month is hereby amended to $_____1200.00 per mon x 24; $1875.00 per mon x 36_____ per month for a total of \_\_60\_\_ months.

☑ Any proceeds from the resolution of the dispute concerning the Wells Fargo Certificate of Deposit currently attached by garnishment from Chase Bank shall be turned over to the Trustee within ten (10) days of receipt.

☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

☑ All tax refunds for tax years 2011,12,13,14,15 /

☐ $_____ from tax refunds for tax years _____
/ shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year. The Debtors agree that no changes to the payroll withholdings will be made without the written permission of the Trustee.

☐ The percentage to the unsecured creditors will be determined as the tax refunds are received.

☐ The Chapter 13 plan originally proposed at a percentage of _____% is hereby increased to the percentage of _____%.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS __21st____ day of _____July_____, 2011:**

/s/Elizabeth A. Vaughan
**Elizabeth A. Vaughan, Staff Attorney**
**For the Standing Chapter 13 Trustee**

/s/ Randy Lee Reeves
**Attorney for Debtors**

/s/Todd Michael Baltzell
**Debtor**

/s/   Karla Jean Baltzell
**Debtor**

**IT IS SO ORDERED.**

Dated:  JUL 21 2011

/S/ RICHARD L. SPEER
**RICHARD L. SPEER**
**United States Bankruptcy Judge**